THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON T. GATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM BECKER, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C20-0611-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, U.S. Magistrate Judge. (Dkt. No. 23.) Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS that:

1. The report and recommendation (Dkt. No. 23) is ADOPTED;

2. Defendant's motion for summary judgment (Dkt. No. 9) is GRANTED;

3. Plaintiff's complaint, and this action, are DISMISSED with prejudice; and

4. The Clerk is DIRECTED to send a copy of this order to the parties and to Judge Theiler.

DATED this 20th day of January 2021.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
C20-0611-JCC
PAGE - 1